JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 2 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GLEN BREWER,<br><br>       Petitioner,<br><br>vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>       Respondent. | Case No. CV 08-2027-PSG (RNB)<br><br>**J U D G M E N T**<br><br>ENTERED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br>APR 2 6 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY          DEPUTY |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is granted as follows:

Unless petitioner is brought to retrial within sixty (60) days of the date the Judgment herein becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of his conviction in Los Angeles Superior Court Case No. PA042777.

DATED:  April 21, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE