# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GLEN BREWER, | Case No. CV 08-2027-PSG (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

In accordance with the Ninth Circuit's August 1, 2012 Mandate,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied.

DATED: 8/9/12

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE