FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GLEN BREWER, <br><br> Petitioner, <br><br> vs. <br><br> ANTHONY HEDGPETH, Warden, <br><br> Respondent. | Case No. CV 08-2027-PSG (RNB) <br><br> **JUDGMENT** |

In accordance with the Ninth Circuit's August 1, 2012 Mandate,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied.

DATED: 8/9/12

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1